

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 5:05cr 17 DCB-JCS

STEVEN LYNN KINNEY

<u>ORDER TO SEAL</u>

The United States of America requests that the Indictment herein be sealed, and represents

the following:

The Grand Jury has returned an Indictment against the Defendant.  This matter needs to be

sealed so as not to compromise an ongoing criminal investigation.

WHEREFORE, the United States requests that the Court SEAL the Indictment and Return,

and this Motion and Order, pending the arrest of the Defendant.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By:    _Jack B. Lacy_
JACK B. LACY, JR.
Assistant United States Attorney
MS Bar No.1757

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this

Motion and Order to Seal.

SO ORDERED, this the ___22__ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE