IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEVEN LYNN KINNEY                                          PETITIONER

VS.                                      CIVIL NO. 5:08-cv-239(DCB)
                              CRIMINAL NO. 5:05-cr-17(DCB)(JMS)

UNITED STATES OF AMERICA                                    RESPONDENT

### AMENDED JUDGMENT AND COMMITMENT ORDER

This cause having come before the Court on the petitioner's motion to correct a portion of his sentence pursuant to 28 U.S.C. § 2255, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the Judgment of February 13, 2007, in the captioned criminal case is corrected to reflect that the defendant is sentenced to 54 months to serve, to take effect as of the original sentencing date of February 5, 2007, and to run concurrently with the Nevada sentence imposed in criminal number CR-S-03-0080, with all other provisions of the sentence to remain the same;

FURTHER ORDERED that judgment in the civil proceeding under 28 U.S.C. § 2255 is rendered in favor of the petitioner, and this case is closed.

SO ORDERED AND ADJUDGED, this the 17th day of December, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE